No. 04–9130.  SANDERS v. CHICAGO & NORTHWESTERN RAIL-
ROAD CO. ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 04–9141.  JACKSON v. ARKANSAS.  Sup. Ct. Ark.  Certio-
rari denied.

No. 04–9143.  LANIOHAN v. KNOWLES, WARDEN.  C. A. 9th Cir.
Certiorari denied.

No. 04–9145.  MUNAWWAR v. WOODWEST REALTY.  Super. Ct.
N. J., App. Div.  Certiorari denied.

No. 04–9148.  FREDRICK v. UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA.  C. A. 4th
Cir.  Certiorari denied.

No. 04–9149.  GARNETT v. GOLDER, WARDEN.  Sup. Ct. Colo.
Certiorari denied.

No. 04–9153.  ACOSTA GALLEGOS v. DRETKE, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITU-
TIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–9155.  GONZALES v. LIEBERMAN, JUDGE, COURT OF
COMMON PLEAS OF PENNSYLVANIA, BERKS COUNTY.  Sup. Ct.
Pa.  Certiorari denied.

No. 04–9158.  COX v. BENEDETTI ET AL.  C. A. 9th Cir.  Cer-
tiorari denied.

No. 04–9159.  CEARC v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.
Certiorari denied.

No. 04–9168.  BEASLEY v. CLARKE, WARDEN.  C. A. 9th Cir.
Certiorari denied.

No. 04–9176.  ALLISON v. FICCO, SUPERINTENDENT, SOUZA-
BARANOWSKI CORRECTIONAL CENTER, ET AL.  C. A. 1st Cir.
Certiorari denied.

No. 04–9180.  WOODS v. RENICO, WARDEN.  C. A. 6th Cir.
Certiorari denied.

No. 04–9183.  WILSON v. CAREY, WARDEN.  C. A. 9th Cir.
Certiorari denied.